1  MICHAEL R. HALL
   Nevada Bar No. 005978
2  mhall@lawhjc.com
   MICHAEL J. SHANNON
3  Nevada Bar No. 007510
   mshannon@lawhjc.com
4
             HALL JAFFE & CLAYTON, LLP
5                 7425 PEAK DRIVE
              LAS VEGAS, NEVADA 89128
6                  (702) 316-4111
                 FAX (702)316-4114
7
   Attorneys for Defendant
8  Sturgeon Electric Company, Inc.

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11 CHRISTOPHER SIQUEIROS, individually,
   SOPHIA SIQUEIROS, individually;                CASE NO.: 2:12-cv-01364-JAD-CWH
12 CHRISTOPHER SIQUEIROS, as natural
   parent and legal guardian of CHARLIE
13 SIQUEIROS, ROMEO SIQUEIROS, and                STIPULATION AND ORDER FOR
   ISAIAH SIQUEIROS; CHRISTOPHER                  DISMISSAL
14 SIQUEIROS, as Administrator and heir of the
   Estate of HAILEE SIQUEIROS, deceased.
15
                    Plaintiffs,
16
   vs.
17
   JACK BYBEE ARNOLD, an individual;
18 STURGEON ELECTRIC COMPANY, INC., a
   foreign Corporation; DOES 1 through X
19 inclusive, and ROES CORPORATIONS XI
   through XX, inclusive,
20
                    Defendants.
21

22
23        The parties hereto, by and through their respective counsel of record, hereby stipulate to the
24 dismissal, with prejudice, of this case in its entirety. The parties further stipulate that each party shall bear
25 ///
26 ///
27 ///
28 ///

1  its own attorneys' fees and costs associated with this litigation.

3  DATED this 10 day of July, 2015.         DATED this 29th day of ~~May~~ July, 2015.

4  SCHUETZE & MCGAHA, P.C.                  HALL JAFFE & CLAYTON, LLP

6  By _____              By _____
   WILLIAM W. MCGAHA                           MICHAEL J. SHANNON
7  Nevada Bar No. 003234                       Nevada Bar No. 007510
   601 S. Rancho Drive, Ste. C-20              7425 Peak Drive
8  Las Vegas, Nevada 89106                     Las Vegas, Nevada 89128
   *Attorneys for Plaintiffs*                  *Attorneys for Defendant*
                                               *Sturgeon Electric Company, Inc.*

## ORDER

Based on the parties' stipulation [ECF 68] and good cause appearing and with no reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. All orders are deemed satisfied. The Clerk of Court is instructed to close this case.

_____
Jennifer Dorsey
United States District Judge
September 15, 2015

Submitted by:

HALL JAFFE & CLAYTON, LLP

_____
MICHAEL J. SHANNON
Nevada Bar No. 007510
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Third-Party Defendant*
*Sturgeon Electric Company, Inc.*

2